■ JOSEPH MICHAELS et al. v. LISPENARD HOLDING CORP. et al.— Motion granted insofar as to permit the appellants to dispense with printing of the

11 exhibits enumerated in the moving affidavit and item 4(b), (c) and (d) of the verified bill of particulars, on condition that the original exhibits and original bill of particulars are filed with the Clerk of this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.